**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Ayree Henderson, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2014-001126

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Richland County
G. Thomas Cooper, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2015-MO-063
Heard September 23, 2015 – Filed October 28, 2015

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan M. Wilson and Assistant Attorney General Megan H. Jameson, both of Columbia, for Petitioner.

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Respondent.

---

**PER CURIAM:** We granted certiorari to review the court of appeals' opinion in *Henderson v. State*, Op. No. 2014-UP-122 (S.C. Ct. App. filed March 19, 2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**